IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA K. LEICHLITER and RALPH E. LEICHLITER, her husband, | ) Civil Action No.: 2:13-cv-01446 ) ) |
| Plaintiffs, | ) The Honorable Maurice B. Cohill ) |
| v. | ) ) |
| WAL-MART STORES EAST, L.P., | ) *Electronically Filed* ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

AND NOW, come the parties, by and through their respective counsel, and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiffs' claims against the Defendant named herein.

STIPULATED TO:                           STIPULATED TO:

/s/ John W. Bitonti                      /s/ Rebecca Sember Izsak
John W. Bitonti, Esquire                 Rebecca Sember Izsak, Esquire
*Counsel for the Plaintiffs*             *Counsel for Defendant*

Date: April 30, 2014                     Date: April 30, 2014

AND NOW, this 30th day of April, 2014
IT IS SO ORDERED.

Maurice B. Cohill, Jr.
UNITED STATES DISTRICT JUDGE